## UNITED STATES DISTRICT COURT17
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23958-UU

BEACH BLITZ CO., a Florida corporation
d/b/a OCEAN 9 LIQUOR, and
d/b/a as OCEAN 11 MARKET,

    Plaintiff,

v.

CITY OF MIAMI BEACH, FLORIDA,
a municipal corporation of the State of Florida,
PHILIP LEVINE, an individual,
JIMMY MORALES, an individual,
MICKEY STEINBERG, an individual,
RICKY ARRIOLA, an individual,
MICHAEL GREICO, an individual,
JOY MALAKOFF, an individual,
KRISTEN ROSEN GONZALEZ, an individual,
JOHN ELIZABETH ALEMAN, an individual,
RAUL J. AGUILA, an individual, and
ALEKSANDR BOKSNER, an individual.

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On February 5, 2018, the Court issued an Order (D.E 65) dismissing all of the counts contained in Plaintiff's Complaint (D.E. 1). The Order gave Plaintiff leave to file an amended complaint solely as to Count IV of the Complaint. The Court further stated that: "Should Plaintiff file an amended complaint as to Count IV, such complaint shall be filed no later than

Wednesday, February 14, 2018." D.E. 65 at *21. To date, Plaintiff has not filed an Amended Complaint. Neither has Plaintiff moved for an extension of time.

Accordingly, it is hereby

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of February, 2018.

*[signature: Ursula Ungaro]*

———————————————
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf